IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD DAVID JONES,

    Petitioner,                    No. CIV S-02-2276 LKK DAD P

   vs.

JOSEPH McGRATH, Warden,

    Respondent.                  ORDER

_____/

        Petitioner has requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Also, petitioner has filed request for an extension of time to file and serve his objections to the March 21, 2006 findings and recommendations.  The request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's April 6, 2006 request for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage of the proceedings;

1

1         2.  Petitioner's April 6, 2006 request for an extension of time is granted; and

2         3.  Petitioner is granted thirty days from the date of this order in which to file and

3  serve his objections to the March 21, 2006 findings and recommendations.

4  DATED: April 19, 2006.

```
                              /s/ Dale A. Drozd
                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE
```

DAD:bb
jone2276.110+

2