1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EDWARD DAVID JONES,

11            Petitioner,                   No. CIV S-02-2276 LKK DAD P

12        vs.

13   JOSEPH McGRATH, Warden,

14            Respondent.               ORDER
     _____/

15

16            Petitioner is a state prisoner proceeding pro se with this application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Judgment was entered in this case on July 7, 2006,

18   and this matter is currently on appeal to the United States Court of Appeals for the Ninth Circuit.

19   On December 26, 2006, petitioner filed a second request to proceed in forma pauperis on appeal.

20   The court file reflects that petitioner paid the filing fee for this action.

21            Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a

22   district court action who desires to appeal in forma pauperis on appeal must file a motion in the

23   district court which:

24            (A) shows in the detail prescribed by Form 4 of the Appendix of
                  Forms the party's inability to pay or to give security for fees and
25                costs;

26   /////

1

1        (B) claims an entitlement to redress; and

2        (C) states the issues that the party intends to present on appeal.

3 Fed. R. App. P. 24(a)(2).  In addition, Form 4 of the Appendix of Forms requires a prisoner to

4 attach a certified prison trust account statement showing all receipts, expenditures and balances

5 during the last six months.

6        In his August 3, 2006, request to proceed in forma pauperis on appeal, petitioner

7 attached the appropriate affidavit which demonstrates his inability to pay or to give security for

8 fees and costs, claimed entitlement to redress, and described the issues he intended to present on

9 appeal.  In his current motion, petitioner has attached a certified copy of his prison trust account

10 statement for the past six months.  Petitioner has complied with the requirements of Fed. R. App.

11 P. 24(a) and Form 4 of the Appendix of Forms.  Accordingly, his request to proceed in forma

12 pauperis on appeal will be granted.

13        Good cause appearing, IT IS HEREBY ORDERED that petitioner's December 26,

14 2006 motion for leave to proceed in forma pauperis on appeal is granted.

15 DATED:  January 16, 2007.

18 LAWRENCE K. KARLTON
SENIOR JUDGE
19 UNITED STATES DISTRICT COURT

2