IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD DAVID JONES,

    Petitioner,               No. CIV S-02-2276 LKK DAD P

    vs.

JOSEPH McGRATH, Warden,

    Respondent.            ORDER

/

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered in this case on July 7, 2006, and this matter is currently on appeal to the United States Court of Appeals for the Ninth Circuit. By order dated January 17, 2007, petitioner's request to proceed on appeal in forma pauperis was granted.

        On January 22, 2007, petitioner filed a letter with this court in which he requests the status of his application to proceed on appeal in forma pauperis. Also on January 22, 2007, petitioner filed a letter with the court in which he requests "forms, transcript designation and ordering forms."

        Petitioner is advised that his case in this court is closed. Any communication regarding his appeal should be addressed to the Ninth Circuit Court of Appeals and not to this

1  court. Because this order advises petitioner of the status of his request to proceed on appeal in
2  forma pauperis, his request for case status will be granted. Petitioner's request for forms will be
3  denied because it has been directed to the wrong court. Any further filings pertaining to
4  petitioner's appeal will be disregarded.
5      Good cause appearing, IT IS HEREBY ORDERED that:
6      1. Petitioner's January 22, 2007, request for the status of his application to
7  proceed on appeal in forma pauperis is granted; and
8      2. Petitioner's January 22, 2007, request for forms is denied without prejudice to
9  its renewal in the Court of Appeals for the Ninth Circuit.
10  DATED: February 2, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

14  DAD:8
    jones2276.o

2