IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD DAVID JONES,

    Petitioner,                         No. CIV S-02-2276 LKK DAD P

    vs.

JOSEPH McGRATH, Warden,

    Respondent.                    ORDER

_____/

        The court is in receipt of several documents filed by petitioner on September 7, 2010, in this habeas action. Those documents include documents characterized by petitioner as a writ of errors, a second amended petition and a motion to proceed in forma pauperis. The petition for writ of habeas corpus filed in this action was dismissed by the court on July 7, 2006. Petitioner appealed from that decision. On June 24, 2008, the United States Court of Appeals for the Ninth Circuit affirmed the judgment entered by this court.

        Accordingly, documents filed by petitioner since the closing date of this case will be disregarded and no orders will issue in response to future filings in this action. Petitioner is also cautioned that he may not file a second or successive habeas petition in this court unless he

/////

/////

1 first obtains leave to do so from the United States Court of Appeals for the Ninth Circuit. See 28
2 U.S.C. § 2244(b)(3).
3 DATED: September 14, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
jone2276.158+success